

We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

| Type / Type / Tipo | Code / Code / Código | Passport No. / No. du Passeport / No. de Pasaporte |
|---|---|---|
| P | USA | 674519022 |

Surname / Nom / Apellidos
ORTIZ LOPEZ
Given Names / Prénoms / Nombres
YADIRA
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
28 Mar 1984
Place of birth / Lieu de naissance / Lugar de nacimiento
PUERTO RICO, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
04 Dec 2021
Date of expiration / Date d'expiration / Fecha de caducidad
03 Dec 2031
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
F
Authority / Autorité / Autoridad
United States
Department of State

USA

```
P<USAORTIZ<LOPEZ<<YADIRA<<<<<<<<<<<<<<<<<<
6745190222USA8403283F3112032670643695<815756
```