GOVERNMENT OF PUERTO RICO

# DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
## (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE NACIMIENTO
### (CERTIFICATION OF BIRTH)

NUMERO

DI0410044

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2021-01260-008939-9392547-06651591

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
LUNA MARIEL MARIA ORTIZ

FECHA NACIMIENTO (BIRTHDATE)
13 JUL 2021

FECHA INSCRIPCION (REGISTRATION DATE)
10 AGO 2021

LUGAR NACIMIENTO (BIRTHPLACE)
SAN JUAN, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
JERSON LUIS MARIA

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
DOMINICAN REPUBLIC

NOMBRE DE LA MADRE (MOTHER'S NAME)
YADIRA ORTIZ LOPEZ

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
BAYAMON, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
17 MAR 2022

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CE FILED WITH THE DEMOGRAPHIC REG PUERTO RICO ISSUED UNDER THE AUTI LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)





Sello

Departamento de
Registro Demográfico

5120
03/17/2022
$5.00

016

Certificaciones
Pago / Paid

Sello de Rentas Internas
00018-2022-0317-45762005

$5.00

Sello de Rentas Internas
00018-2022-0317-46564001

1U21-01548215
1U21-01548239

**ADVERTENCIA/WARNING:** No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED



## GOBIERNO DE PUERTO RICO
### GOVERNMENT OF PUERTO RICO

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO
D11846717

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2025-00991-007795-939222-06730290

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
YADIMAR ZOE MARIA ORTIZ

FECHA NACIMIENTO (BIRTHDATE)
03 JUN 2025

FECHA INSCRIPCION (REGISTRATION DATE)
03 JUL 2025

LUGAR NACIMIENTO (BIRTHPLACE)
SAN JUAN, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
JERSON LUIS MARIA

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
DOMINICAN REPUBLIC

NOMBRE DE LA MADRE (MOTHER'S NAME)
YADIRA ORTIZ LOPEZ

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
BAYAMON, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
3 JUL 2025

**************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CERTIFICATE FILED WITH THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

Departamento de Salud
Registro

Certificaciones 07/03/2025
Pago / Paid $5.00
Sello de Rentas Internas
00010-2025-0703-29568000

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Cualquier alteración o borradura cancela esta Certificación
Not valid without seen Watermark
Void if altered or Erased

Rev. 06/2020