



I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number LIN2290081114 | USCIS Online Account Number | Case Type I601A - PROVISIONAL UNLAWFUL PRESENCE WAIVER |
|---|---|---|
| Received Date 11/22/2021 | Priority Date | Applicant  A219 990 024 MARIA, JERSON LUIS |
| Notice Date 08/14/2025 | Page 1 of 2 | |

JERSON LUIS MARIA
c/o JERSON LUIS MARIA
2075 SAGRADO CORAZON AVE
SAN JUAN PR  00915

**Notice Type:** Approval Notice

U.S. Citizenship and Immigration Services (USCIS) has approved your Application for Provisional Unlawful Presence Waiver, Form I-601A.

USCIS has notified the Department of State of the approval of your provisional unlawful presence waiver application. This completes all USCIS action on your application. If you have any questions about your immigrant visa processing, please contact the National Visa Center (NVC) directly by e-mail using the online public inquiry form at nvc.state.gov/ask. You can also call NVC's Customer Assistance Center at (603) 334-0700, Monday through Friday from 7:00 am to midnight, Eastern Standard Time. If you have questions about your Diversity Visa processing, please contact the Kentucky Consular Center (KCC). The KCC's email address is KCCDV@state.gov and its telephone number is (606) 526-7500.

The approval of your provisional unlawful presence waiver is subject to the conditions established in Title 8, Code of Federal Regulations (8 CFR), section 212.7(e)(12). Under this regulation, the approval will not take effect until each of these requirements is met:

- You have left the United States; **AND**

- You have appeared at a U.S. Embassy or Consulate for an interview in connection with your application for an immigrant visa; **AND**

- A U.S. consular officer has determined, in light of the approval of your provisional unlawful presence waiver, that you are otherwise eligible for an immigrant visa.

**NOTE:** The approval of your provisional unlawful presence waiver only covers the grounds of inadmissibility for unlawful presence in the United States under section 212(a)(9)(B)(i)(I) and (II) of the Immigration and Nationality Act (INA).

A consular officer will determine whether you are subject to any other grounds of inadmissibility and whether you are eligible for an immigrant visa at the time of your visa interview at a U.S. Embassy or consulate. If a consular officer determines that you are inadmissible for any reason other than prior unlawful presence in the United States or if a consular officer determines that you are otherwise ineligible for the immigrant visa, this provisional waiver is automatically revoked. As a result, the consular officer may refuse the immigrant visa or you may need to submit to USCIS a separate waiver application (the Form I-601, Application for Waiver of Grounds of Inadmissibility), requesting a waiver for each ground of inadmissibility (if waivable under the current law) that may apply to you, including prior unlawful presence under INA section 212(a)(9)(B).

**Limitation of Approved Provisional Unlawlful Presence Waivers**

Approval of your provisional unlawful presence waiver **DOES NOT:**

- Address any other grounds of inadmissibility besides unlawful presence; for example criminal grounds, fraud, or prior removals.

- Change the requirement that you must depart the United States to obtain an immigrant visa at a U.S. Embassy or consulate abroad.

- Give you any legal immigration status or allow you to obtain a legal status in the United States.

- Protect you from removal proceedings or stay the execution of a final order of removal.

- Allow you to work in the United States.

- Guarantee that you will be issued an immigrant visa by the Department of State.

- Guarantee your admission to the United States by U.S. Customs and Border Protection (CBP).

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number LIN2290081114 | USCIS Online Account Number | Case Type I601A - PROVISIONAL UNLAWFUL PRESENCE WAIVER |
|---|---|---|
| Received Date 11/22/2021 | Priority Date | Applicant A219 990 024 MARIA, JERSON LUIS |
| Notice Date 08/14/2025 | Page 2 of 2 | |

Authorize parole or advance parole to return to the United States without an immigrant visa.

**NOTE:** If you depart the United States and enter or attempt to reenter without being inspected and admitted, or paroled, your approved provisional unlawful presence waiver will become invalid.

### ***NOTICE***

### I-601A Applicants in Removal Preceedings

If you are in removal proceedings, obtain a termination or dismissal order from **EOIR**. If you are in removal proceedings and USCIS approves your Form I-601A, it is important that you seek an order from EOIR that terminates or dismisses your removal proceedings **before** you leave the United States. Leaving the United States before your removal proceedings are terminated or dismissed may delay processing of your immigrant visa based on another ground of inadmissibility. Leaving the United States before your removal proceedings are terminated or dismissed may also result in the automatic revocation of your approved provisional unlawful presence waiver. Visit the USCIS Web site at www.uscis.gov/provisionalwaiver for information about how to seek termination or dismissal of your removal proceedings before you depart the United States.

You and/or your legal representative should contact the relevant U.S. Immigration and Customs Enforcement (ICE) Office of the Chief Counsel to make arrangements to have your removal proceedings dismissed. A list of ICE Chief Counsel phone numbers is available on the internet at: http://www.ice.gov/contact/opla/. When you contact ICE, please have a copy of this approval notice available for ICE's review.
### THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001



USCIS Contact Center: www.uscis.gov/contactcenter